IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CV-264

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) DEFAULT JUDGMENT |
| MEADS SUBWAY, INC. and, TAMMY YU HSU MEADS a/k/a, TAMMY MEADS, YU HSU MEADS, | ) |
| Defendants. | ) |

Upon motion, request, and proper showing by attorney for the Plaintiff, United States of America, the above-named Defendants having failed to appear, plead or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure, entry of default has been entered against the named Defendants.

In accordance with Rule 55(b) of the Federal Rules of Civil Procedure, counsel for the Plaintiff, United States of America, having requested judgment against the defaulted Defendants and having filed a proper affidavit, judgment is rendered in favor of the Plaintiff and against the above named Defendants, jointly and severally, in the sum of $27,797.39, including principal of $20,102.49, interest of $660.88, administrative charges of $100.00, penalties of $201.85, and fees of $6,732.16, and costs allowed under 28 U.S.C. § 2412(a)(2) of $350.00.

Interest thereon after date of entry of this judgment shall be at the rate of ___.23___ %.

This the 4 day of November, 2010.

James Dever
JAMES C. DEVER, III
United States District Judge