AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MEADS SUBWAY, INC. and )<br>TAMMY YU HSU MEADS, a/k/a )<br>TAMMY MEADS YU HSU MEADS, )<br>    Defendants. )<br>) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:10-CV-264-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that entry of default has been entered against the named Defendants. In accordance with Rule 55(b) of the Federal Rules of Civil Procedure, counsel for the Plaintiff, United States of America, having requested judgment against the defaulted Defendants and having filed a proper affidavit, judgment is rendered in favor of the Plaintiff and against the above named Defendants, jointly and severally, in the sum of $27,797.39, including principal of $20,102.49, interest of $660.88, administrative charges of $100.00, penalties of $201.85, and fees of $6,732.16, and costs allowed under 28 U.S.C. § 2412(a)(2) of $350.00. Interest thereon after date of entry of this judgment shall be a the rate of .23%.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **NOVEMBER 4, 2010** WITH A COPY TO:

S. Katherine Burnette (via CM/ECF Notice of Electronic Filing)
Tammy Meads (via USPS to Meads Subway, Inc., 2601 East Ash Street, Goldsboro, NC 27534)


| | |
|---|---|
| <u>November 4, 2010</u><br>Date | DENNIS P. IAVARONE, Clerk<br>Eastern District of North Carolina<br><br><u>/s/ Debby Sawyer</u><br>(By) Deputy Clerk |

Raleigh, North Carolina